UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>             )<br>  v.          )<br>             )<br>$20,290 IN UNITED STATES CURRENCY, )<br>    Defendant. ) | Civil Case No. |

**ASSENTED-TO MOTION TO EXTEND DEADLINE
FOR THE UNITED STATES TO FILE CIVIL COMPLAINT**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, with the assent of the only persons to identify themselves as Claimants to date, pursuant to 18 U.S.C. § 983(a)(3)(A), respectfully requests an extension of time to file a civil complaint against the following seized property:

  a.  $20,290 in United States currency seized on September 9, 2020 (the "Currency").

The Federal Bureau of Investigation ("FBI") seized the Currency and commenced administrative forfeiture proceedings. On or about November 24, 2020, the FBI received claims for the Currency from Timothy Whitney and Tina Whitney, through their attorney Vincent A. Bongiorni. No other claims were submitted. On or about December 7, 2020, the United States received copies of these claims from the FBI, and pursuant to 18 U.S.C. § 983(a)(3), a civil complaint must be filed against the Currency within 90 days after the claims were received in the administrative proceedings. Therefore, the civil complaint should be filed on or before February 22, 2021.

Pursuant to 18 U.S.C. § 983(a)(3)(A), the Court may extend the time to file a civil forfeiture action upon agreement of the parties. The Parties are in agreement and respectfully request the Court grant an extension of the civil complaint deadline for an additional six months, to and

including August 22, 2021.

WHEREFORE, the United States respectfully requests that it be permitted to file the civil complaint on or before August 22, 2021.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ David G. Lazarus*
David G. Lazarus
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
David.Lazarus2@usdoj.gov

Dated: January 15, 2021

## CERTIFICATE OF SERVICE

I, David G. Lazarus, Assistant United State Attorney, certify that the foregoing Motion, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and emailed to attorney Vincent A. Bongiorni.

*/s/ David G. Lazarus*
David G. Lazarus
Dated: January 15, 2021                                   Assistant United States Attorney