UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$20,290 in United States Currency<br>Defendant. | )<br>)<br>)<br>)   Civil Case No.  21-mc-91021-WGY<br>)<br>)<br>)<br>)<br>) |

## SECOND ASSENTED-TO MOTION TO EXTEND DEADLINE
## FOR THE UNITED STATES TO FILE CIVIL COMPLAINT

The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, with the assent of the only persons to identify themselves as Claimants to date, pursuant to 18 U.S.C. § 983(a)(3)(A), respectfully requests an extension of time to file a civil complaint against the following seized property:

a.   $20,290 in United States currency seized on September 9, 2020 (the "Currency").

The Federal Bureau of Investigation ("FBI") seized the Currency and commenced administrative forfeiture proceedings. On or about November 24, 2020, the FBI received claims for the Currency from Timothy Whitney and Tina Whitney, through their attorney, Vincent A. Bongiorni. No other claims were submitted. On or about December 7, 2020, the United States received copies of these claims from the FBI, and pursuant to 18 U.S.C. § 983(a)(3), a civil complaint must be filed against the Currency within 90 days after the claims were received in the administrative proceedings. Therefore, the original deadline to file a civil complaint was on or before February 22, 2021.

On January 15, 2021, the United States file its first Assented-to Motion to Extend the Deadline for the United States to File a Civil Complaint, and on January 19, 2021, the Court

granted an Extension of Time for six months, extending the deadline to file a civil complaint until August 22, 2021.

Pursuant to 18 U.S.C. § 983(a)(3)(A), the Court may extend the time to file a civil forfeiture action upon agreement of the parties.  The Parties are in agreement and respectfully request the Court grant an extension of the civil complaint deadline for an additional six months, to and including February 22, 2022.

WHEREFORE, the United States respectfully requests that it be permitted to file the civil complaint on or before February 22, 2022.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney,

By:  */s/ Alexandra W. Amrhein*
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated:  August 13, 2021                                       Alexandra.Amrhein@usdoj.gov


**CERTIFICATE OF SERVICE**

I, Alexandra W. Amrhein, Assistant United State Attorney, certify that the foregoing motion, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and emailed to attorney Vincent A. Bongiorni.

*/s/ Alexandra W. Amrhein*
Alexandra W. Amrhein
Dated: August 13, 2021                                        Assistant United States Attorney