UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$20,290 in United States Currency<br>Defendant. | )<br>)<br>)<br>)  Civil Case No.   21-mc-91021-WGY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Alexandra W. Amrhein, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney,

By:   /s/   *Alexandra W. Amrhein*
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
alexandra.amrhein@usdoj.gov

Dated:   August 16, 2021